UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

In re Gallant Capital Markets

Debtor

Case No. 17-41814-ess

Reporting Period: August 1, 2019 - August 31, 2019

Federal Tax I.D. # None

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | | X |
| Balance Sheet | MOR-3 | | X |
| Status of Post-petition Taxes | MOR-4 | N/A | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Chapter 11 Trustee _____  Date  9/9/19

Signature of Authorized Individual* _____  Date _____

Printed Name of Authorized Individual _____  Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**Avenica, Inc. Debtor**
**Case No. 17-41813-ESS**

**Gallant Capital Markets, Ltd., Debtor**
**Case No. 17-41814-ESS**

**Esther DuVal, Chapter 11 Trustee**
**Notes to Monthly Operating Report**

## 1.    General

On April 14, 2017, Gallant Capital Markets, Ltd. (BVI Company Number 1531907) and Avenica Inc. (each the "Debtor" or collectively, the "Debtors"), filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court").

On May 30, 2017, the Bankruptcy Court entered an Order appointing Esther DuVal as the Chapter 11 Trustee of the Debtor.

On August 29, 2017, the Bankruptcy Court entered an amended order directing a joint administration of the Debtors' estates.

## 2.    Monthly Operating Report Disclosures

This report contains unaudited information. The Trustee exercised her best efforts to ensure the accuracy of the data based on the information that was available and identifiable at the time of preparation, including, but not limited to, bank account statements, and the statement of financial affairs filed with the Bankruptcy Court that was prepared by the Debtors.  Further, all of the Debtor's books and records may not have been available to the Trustee at the time the monthly operating report was prepared and the information contained in the available books and records may not be complete and may be inaccurate. Accordingly, the reader is cautioned not to place undue reliance upon information contained in this monthly operating report. Subsequent information or the discovery of additional information may result in changes to the monthly operating report. Accordingly, the Trustee reserves all rights to amend, supplement and update as may be necessary or appropriate.

### *Cash Basis*
These reports are prepared utilizing the cash basis of accounting.  As such, MOR-1 and MOR -1 (CONT) were prepared and certain sub-schedules were included with known and available information.

### *Accounts Payable*
The Trustee has annexed all identifiable post-petition accounts payable at the end of the MOR reporting date. The Trustee's investigation is ongoing, however, and the Trustee may later discover accounts payable due and owing by the Debtor during this operating period. The Trustee will supplement or update as deemed necessary on a going forward basis.

In re Gallant Capital Markets
Debtor

Case No. 17-41814-ess
Reporting Period: August 1, 2019 - August 31, 2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | | BANK ACCOUNTS | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | MMA (6366) | CHECKING (6367) | DIP (0498) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | $   1,366,797.48 | $   1,767.67 | $   - | $   1,368,565.15 |
| RECEIPTS | | | | |
| CASH  SALES | | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | - |
| RECOVERY OF ESTATE ASSETS | - | | | - |
| LOANS AND ADVANCES | | | | - |
| SALE  OF  ASSETS | | | | - |
| OTHER - (INTEREST) | 57.87 | | | 57.87 |
| TRANSFERS *(FROM TRUSTEE ACCTS)* | | 5,500.00 | | 5,500.00 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | - |
| TRANSFERS *(FROM AVENICA TO GALLANT )* | | | | - |
| TOTAL  RECEIPTS | $   57.87 | $   5,500.00 | $   - | $   5,557.87 |
| DISBURSEMENTS | | | | |
| NET PAYROLL | | | | - |
| PAYROLL TAXES | | | | - |
| SALES, USE, BENEFIT & OTHER TAXES | | | | - |
| INVENTORY PURCHASES | | | | - |
| SECURED/ RENTAL/ LEASES | | | | - |
| INSURANCE | | | | - |
| ADMINISTRATIVE | | 7,160.88 | | 7,160.88 |
| SELLING | | | | - |
| OTHER  *(FEES)* | | | | - |
| OWNER DRAW * | | | | - |
| TRANSFERS *(TO TRUSTEE ACCTS)* | 5,500.00 | | | 5,500.00 |
| TRANSFERS *(TO DIP ACCTS)* | | | | - |
| TRANSFERS *(FROM GALLANT TO AVENICA )* | | - | | - |
| PROFESSIONAL FEES | | | | - |
| U.S. TRUSTEE  QUARTERLY FEES | | - | | - |
| COURT COSTS | | | | - |
| TOTAL DISBURSEMENTS | $   5,500.00 | $   7,160.88 | $   - | $   12,660.88 |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (5,442.13) | (1,660.88) | - | (7,103.01) |
| | | | | |
| CASH – END OF MONTH | $   1,361,355.35 | $   106.79 | $   - | $   1,361,462.14 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE          CLOSED

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $   12,660.88 |
| LESS:  TRANSFERS TO TRUSTEE ACCOUNTS | 5,500.00 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $   7,160.88 |

In re Gallant Capital Markets                    Case No. 17-41814-ess
      Debtor                    Reporting Period: August 1, 2019 - August 31, 2019

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | MMA (6366) | CHECKING (6367) | DIP (0498) | |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ 1,361,355.35 | $ 106.79 | $ - | |
| BANK BALANCE | $ 1,361,355.35 | $ 106.79 | $ - | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | - | |
| OTHER *(ATTACH EXPLANATION)* | - | - | - | |
| **ADJUSTED BANK BALANCE *** | $ 1,361,355.35 | $ 106.79 | $ - | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | $ - | | |

**OTHER**

**In re** Gallant Capital Markets

**Debtor**

**Case No.** 17-41814-ess

**Reporting Period:** August 1, 2019 - August 31, 2019

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | N/A | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30* | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ 770.31 | $ - | $ - | $ - | $ 189,725.57 | $ 190,495.88 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | $ 770.31 | $ - | $ - | $ - | $ 189,725.57 | $ 190,495.88 |

*Number of Days Past Due*

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

**In re** Gallant Capital Markets

**Debtor**

**Case No.** 17-41814-ess

**Reporting Period:** August 1, 2019 - August 31, 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 35,422.72 |
| Plus:  Amounts billed during the period | - |
| Less:  Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | $ 35,422.72 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | 35,422.72 |
| Total Accounts Receivable | | | | | 35,422.72 |
| | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | 35,422.72 |
| | | | | | |
| Net Accounts Receivable | | | | | $ - |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | $ 770.31 | $ - | $ - | $ 189,725.57 | $ 190,495.88 |

In re Gallant Capital Markets

Debtor

Case No. 17-41814-ess

Reporting Period: August 1, 2019 - August 31, 2019

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | DATE |
| | | | |
| | | | |
| | | | |
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | |
|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | $            - | $            - | $            - | $            - |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

**In re** Gallant Capital Markets

**Debtor**

**Case No.** 17-41814-ess

**Reporting Period:** August 1, 2019 - August 31, 2019

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | ✔ |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✔ |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✔ |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✔ |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | ✔ |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | ✔ |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | ✔ |
| 8 Are any post petition payroll taxes past due? | | ✔ |
| 9 Are any post petition State or Federal income taxes past due? | | ✔ |
| 10 Are any post petition real estate taxes past due? | | ✔ |
| 11 Are any other post petition taxes past due? | | ✔ |
| 12 Have any pre-petition taxes been paid during this reporting period? | | ✔ |
| 13 Are any amounts owed to post petition creditors delinquent? | ✔ | * |
| 14 Are any wage payments past due? | | ✔ |
| 15 Have any post petition loans been received by the Debtor from any party? | | ✔ |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✔ |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✔ |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | ✔ |

* See Notes to Monthly Operating Report

**In re** Gallant Capital Markets
      **Debtor**

**Case No.** 17-41814-ess
**Reporting Period:** August 1, 2019 - August 31, 2019

### CASH DISBURSEMENTS

| Date | Account | Check # | Payee | | Amount |
|------|---------|---------|-------|---|--------|
| 8/8/2019 | XXXXXX6366 | Transfer | From MMA to Checking | $ | 5,500.00 |
| | | | **Total ACCT # 6366 - August 2019** | **$** | **5,500.00** |
| | | | | | |
| 8/6/2019 | XXXXXX6367 | 158 | Arthur B. Levine Company | $ | 4,599.00 |
| 8/6/2019 | XXXXXX6367 | 159 | DataInStream | | 770.31 |
| 8/6/2019 | XXXXXX6367 | Wire | SoftLayer Technologies | | 1,791.57 |
| | | | **Total ACCT # 6367 - August 2019** | **$** | **7,160.88** |
| | | | | | |
| | | | **Total** | | 12,660.88 |
| | | | Less Account Transfer | | (5,500.00) |
| | | | **Grand Total** | **$** | **7,160.88** |



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

*Return Service Requested*



Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
August 01, 2019 - August 31, 2019
Page 1 of 4

Esther DuVal
1065 Avenue of the Americas
10th Floor
New York NY 10018

| | |
|---|---|
| Case Number | 17-41814-ESS |
| Case Name | GALLANT CAPITAL MARKETS. LTD. |
| Trustee Number | ▮▮▮▮ |
| Trustee Name | Esther DuVal |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▮▮▮6367 | $1,767.67 | $106.79 |
| Money Market | | | |
| MONEY MARKET | ▮▮▮6366 | $1,366,797.48 | $1,361,355.35 |
| **Total** | | **$1,368,565.15** | **$1,361,462.14** |

## Notable Information For You...

*Rabobank, N.A, has announced a merger with Mechanics Bank, which is expected to have an effective date of September 1, 2019. Shortly after this date, Stretto Trustees will begin to see the Rabobank logo replaced with the Mechanics Bank logo on bank statements, as well as other official bank documents.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Period Covered:
August 01, 2019 - August 31, 2019
Page 2 of 4

Esther DuVal
1065 Avenue of the Americas
10th Floor
New York NY 10018

| | |
|---|---|
| Case Number | 17-41814-ESS |
| Case Name | GALLANT CAPITAL MARKETS. LTD. |
| Trustee Number | ███████ |
| Trustee Name | Esther DuVal |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## TRUSTEE CHECKING                           Account Number: ███ 6367

| | | | | |
|---|---|---|---|---|
| Enclosures | | 2 | Beginning Balance | **$1,767.67** |
| Avg Collected Balance | | $2,073.00 | + Total Additions | **$5,500.00** |
| | | | - Total Subtractions | **$7,160.88** |
| | | | Ending Balance | **$106.79** |

### Checks

* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 158 | 08-16 | 4,599.00 | 159 | 08-15 | 770.31 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 08-12 | WIRE TRANSFER-OUT SOFTLAYER TECHNOLO 20190812L2B77Y1C00 0049 | 1,791.57 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 08-08 | INTERNET/PHONE TRSFR TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******6366 | 5,500.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 1,767.67 | 08-12 | 5,476.10 | 08-16 | 106.79 |
| 08-08 | 7,267.67 | 08-15 | 4,705.79 | | |



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Account Number ████ 6367
Period Covered:
August 01, 2019 - August 31, 2019
Page 3 of 4



| 08/16/19 | #158 | $4,599.00 | 08/16/19 | #158 | $4,599.00 |
| 08/15/19 | #159 | $770.31 | 08/15/19 | #159 | $770.31 |



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank**  *Return Service Requested*

Period Covered:
August 01, 2019 - August 31, 2019
Page 4 of 4

Esther  DuVal
1065 Avenue of the Americas
10th Floor
New York NY 10018

| | |
|---|---|
| Case Number | 17-41814-ESS |
| Case Name | GALLANT CAPITAL MARKETS. LTD. |
| Trustee Number | ███  █ |
| Trustee Name | Esther  DuVal |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## MONEY MARKET

**Account Number:** ███ 6366

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | **$1,366,797.48** |
| Avg Collected Balance | $1,362,539.00 | + Total Additions | $57.87 |
| Interest Paid Year to Date | $280.69 | - Total Subtractions | $5,500.00 |
| | | **Ending Balance** | **$1,361,355.35** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 08-08 | TRANSFER DEBIT TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******6367 | 5,500.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 08-31 | INTEREST CREDIT | 57.87 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 1,366,797.48 | 08-08 | 1,361,297.48 | 08-31 | 1,361,355.35 |

### Interest Information

| | |
|---|---|
| Annual percentage yield earned | 0.05% |
| Interest bearing days | 31 |
| Average balance for APY | $1,362,539.42 |
| Interest earned | $57.87 |